**West Central State Bank, appellant, v. United States Fidelity & Guaranty Company, appellee.   Gen. No. 31,052.**

Action to recover bank burglary insurance. Judgment for defendant on directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926.

Kirkland, Patterson & Fleming, for appellant; Jay Fred Reeve and Vernon M. Welsh, of counsel. Murphy O. Tate, for appellee; Eugene P. Kealy, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Frank Becker, appellee, v. Louis Gottlieb, appellant.   Gen No. 31,081.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926.

G. A. Buresh, for appellant. Lester L. Bauer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Frank J. Douglass, appellee, v. Chicago Motor Coach Company, appellant.   Gen. No. 31,090.**

Action for personal injuries from automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Richard C. Mazer, plaintiff in error, v. James H. Dalbey et al., defendants in error.   Gen. No. 30,375.**

Action to recover amount paid for stock issued contrary to Securities Law. Judgment for all defendants on demurrer by part. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed in part and reversed in part and remanded. Opinion filed February 1, 1927.

Fassett, Abbott & Hughes, for plaintiff in error; John E. Hughes and Delavan B. Cole, of counsel. Castle, Williams, Long & Castle, for Mary A. Landon, defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.